RECEIVED
APR - 9 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

Cover Sheet 07 - 222 C

Plaintiff(s) or Petitioner(s)
Trigeant, Ltd.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Ronald H. Uscher

Firm Name: Peckar, Abramson, Bastianelli & Kelley, LLP

Post Office Box:

Street Address: 1133 21st Street, N. W., Suite 500

City-State-Zip: Washington, D. C. 20036

Telephone & Facsimile Numbers: Tel. (202) 293-8815; Fax (202) 293-7994

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 1 6

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O D

See attached sheet for three-digit codes.

Amount Claimed: $ 10,100,827.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? □ Yes ■ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? □ Yes □ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.