IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRIGEANT, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-222C |
| v. | ) | |
| | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF
TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, the United States, respectfully requests a 45-day enlargement of time within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint is currently due by June 5, 2006. This is defendant's first request for an enlargement for this purpose. The enlargement would make defendant's response due by July 20, 2007. Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request.

We request the enlargement because, first, the parties are engaged in settlement discussions, and relieving defendant of the burden of responding to the complaint for the period requested would facilitate those discussions. Second, counsel for defendant will be out of the office during the week of June 25, 2007. For these reasons, defendant respectfully requests that the Court enlarge the time for defendant to respond to plaintiff's complaint by 45 days, to July 20, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

May 22, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2007, the foregoing Defendant's Consent Motion For An Extension Of Time Within Which To Respond To Plaintiff's Complaint was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail