IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRIGEANT, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-222C |
| v. | ) | |
| | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF
TIME WITHIN WHICH TO RESPOND TO PLAINTIFF’S COMPLAINT

Defendant, the United States, respectfully requests a 42-day enlargement of time within which to respond to plaintiff’s complaint. Defendant’s response to plaintiff’s complaint is currently due by July 20, 2007. This is defendant’s second request for an enlargement for this purpose. The enlargement would make defendant’s response due by August 31, 2007. Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request.

We request the enlargement because, first, the parties have made progress toward settlement: plaintiff has indicated a settlement figure that lead counsel for defendant intends to recommend to the Attorney General. The process of making that recommendation and obtaining the Attorney General’s position, however, may take approximately three weeks. Second, lead counsel for defendant is engaged in finishing discovery in The TAS Group v. Department of Justice, a case scheduled to be heard by the United States Civilian Board of Contract Appeals beginning

on August 20, 2007. For these reasons, defendant respectfully requests that the Court enlarge the time for defendant to respond to plaintiff's complaint by 45 days, to August 31, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
by s/Brian M. Simkin
DONALD E. KINNER
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

July 6, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2007, the foregoing Defendant's Consent Motion For An Extension Of Time Within Which To Respond To Plaintiff's Complaint was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail