IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRIGEANT, LTD., Plaintiff, | ) | No. 07-222C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S THIRD CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, the United States, respectfully requests a 28-day enlargement of time within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint is currently due by August 31, 2007. This is defendant's third request for an enlargement for this purpose. On May 23, 2007, the Court granted defendant's request for a 45-day enlargement, to July 20, 2007. On July 9, 2007, the Court granted defendant's request for a 42-day enlargement, to August 31, 2007.

The enlargement that we currently request would make defendant's response due by September 28, 2007. Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request.

We request the enlargement because the parties have made further progress toward settlement: plaintiff has extended to defendant a settlement offer that lead counsel for defendant has recommended the Attorney General accept. The Commercial Litigation Branch has forwarded that recommendation to the

Assistant Attorney General, Civil Division. Defendant, however, cannot predict when action upon that recommendation might be taken. For these reasons, defendant respectfully requests that the Court enlarge the time for defendant to respond to plaintiff's complaint by 28 days, to September 28, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
by s/Franklin E. White, Jr.
DONALD E. KINNER
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

August 21, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2007, the foregoing Defendant's Third Consent Motion For An Enlargement Of Time Within Which To Respond To Plaintiff's Complaint was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail