# In The United States Court of Federal Claims

No. 07-222C
Filed: August 28, 2007

*****************************************
TRIGEANT, LTD. *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
*****************************************

**ORDER**

Defendant's August 21, 2007 Consent Motion For An Extension Of Time is granted. The Defendant will have a 28 day enlargement of time, through September 28, 2007, to respond to Plaintiff's April 6, 2007 Complaint.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**