IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRIGEANT, LTD, Plaintiff, | ) | |
| v. | ) | No. 07-222C Judge Braden |
| THE UNITED STATES, Defendant. | ) | |

PARTIES' STIPULATION TO VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties stipulate to the dismissal of this action, with prejudice, and with both parties to bear their own fees, expenses, and costs.

Respectfully submitted,

RONALD H. USCHER
Peckar & Abramson
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

Attorney for Plaintiff

Sept. 21, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director
Authorized Representative of
The Attorney General

TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

9-4, 2007

Certificate of Filing

I hereby certify that on 9/21, 2007, a copy of the foregoing Parties' Stipulation To Voluntary Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

[signature]